**Jose LOPEZ, Plaintiff—Appellant,**

v.

**S.K. YOUNG; Richard Phillips; D. Greer, Officer D. Greer or Greek; Sergeant Burtin; Lieutenant Raynolds, Lieutenant Raynolds or Reynolds; c/o King; c/o Buchanan; Major Yates; Counselor Yeary; c/o Bellamy; Sergeant Collins; Michael Fleming, a/k/a c/o Flemings; Tommy Jackson, a/k/a c/o Jackson; Paul Ohai, a/k/a Doctor Ohai, M.D.; Tammy Thomas, a/k/a Ms. Thomas, Nurse; Lieutenant Donnie Lester, a/k/a Lieutenant Lester; Sergeant Bentley; Sergeant Anderson; F. Willis, Investigator; Teresa L. Johnson, also known as Medical Director T. Johnson; Mr. Philips, Assistant Warden of Programs; Ms. Baker, Counselor; Kenneth Slater, a/k/a Doc-**

---

* The parties consented to the jurisdiction of a magistrate judge pursuant to 28 U.S.C. § 636(c) (2000).

tor Stater, M.D.; c/o Bliley; Brian Kiser, a/k/a c/o Kiser; S.K. Young, Warden; R.A. Young, Regional Director, Defendants—Appellees.

No. 07–6370.

United States Court of Appeals, Fourth Circuit.

Submitted: July 24, 2007.

Decided: July 30, 2007.

Jose Lopez, Appellant Pro Se. Pamela Anne Sargent, Assistant Attorney General, Dana L. Gay, Noelle Leigh Shaw–Bell, Office of the Attorney General of Virginia, Richmond, Virginia; Edward Joseph McNelis, III, John David McChesney, Rawls & McNelis, PC, Richmond, Virginia; George W. Wooten, Wootenhart, PLC, Roanoke, Virginia; Peter Duane Vieth, Crandall & Katt, Roanoke, Virginia, for Appellees.

Before WILKINSON, TRAXLER, and DUNCAN, Circuit Judges.

Affirmed by unpublished PER CURIAM opinion.

Unpublished opinions are not binding precedent in this circuit.

PER CURIAM:

Jose Lopez appeals the district court's order denying his "motion for review based on grounds of newly discovered evidence and information discovered after judgment." We have reviewed the record and find no reversible error. Accordingly, we affirm for the reasons stated by the district court. *See Lopez v. Young,* No. 7:01–cv–00876–jct (W.D.Va. Feb. 27, 2007). We also deny Lopez' motion to lift stay

and for leave to file a consolidated appeal. We dispense with oral argument because the facts and legal contentions are adequately presented in the materials before the court and argument would not aid the decisional process.

*AFFIRMED.*